Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
BARRY LYNN LANGSTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYNN LANGSTON<br><br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00273-SKO (SS)<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 11) |

  Pursuant to the Court's Scheduling Order, Plaintiff's opening brief was due to be filed no later October 15, 2018. (Doc. 3.) The parties filed a "Stipulation to Extend Time to File Opening Brief" on October 17, 2018—two days after Plaintiff's opening brief deadline expired. (Doc. 11.)

  The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Stipulation demonstrates good cause under to support the request for extension of time (see Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much

-1-

less shown—to justify the untimeliness of the request. This is not the first time the Court has made this observation with respect to Plaintiff's counsel's requests. *See Macumba v. Berryhill*, Case No. 1:17-cv-01677-SKO, Doc. 14 (filed Aug. 21, 2018).

Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by her agreement to the extension of time after the deadline) and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. <u>The parties and their counsel are cautioned that future post hoc requests for extensions of time will be viewed with disfavor</u>.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including November 20, 2018, by which to file his opening brief. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: **October 18, 2018**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE