Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
BARRY LYNN LANGSTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYNN LANGSTON, | Case No.: 1:18-cv-00273-SKO (SS) |
| Plaintiff, | ORDER EXTENDING TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 16) |
| Defendant. | |

Pursuant to the parties' previous stipulations for extensions of time (Docs. 11, 13) and the Court's orders modifying the Scheduling Order in this case (Docs. 12, 15), Plaintiff's opening brief was due to be filed no later than December 26, 2018. The parties filed a third "Stipulation to Extend Time to File Opening Brief" on December 31, 2018—*five days* after Plaintiff's opening brief deadline expired. (Doc. 16.)

The Court may extend time to after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, Plaintiff's counsel demonstrates good cause to support the request for an extension of time (*see* Fed. R. Civ. P. 16(b)(4)), and represents that the extension is requested after the deadline because she has been out of the office "battling fevers over 101 degrees since the 22nd of December."

-1-

While the Court understands that illnesses may impact an individual's ability to attend to office duties, court deadlines must be made a priority—especially when it is a second post hoc request for an extension of time (*see* Doc. 11). Plaintiff's counsel is ADMONISHED that the Court dedicates substantial resources to moving cases forward efficiently and expects the parties to do the same. Despite Plaintiff's counsel's post hoc request, given the absence of bad faith or prejudice to Defendant, as evidenced by her agreement to the extension of time, as well as the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including January 3, 2019, by which to file his opening brief. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: **January 2, 2019**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE