MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BARRY LYNN LANGSTON, | Case No. 1:18-cv-00273-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Doc. 19)** |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate Plaintiff's subjective symptom testimony in accordance with 20 C.F.R. § 404.1529 and Social Security

Ruling 16-3p. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Respectfully submitted,

Date: *January 22, 2019*    LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Asim H. Modi for Monica Perales**
MONICA PERALES
*Authorized by email on January 22, 2019*
Attorneys for Plaintiff

Date: *January 22, 2019*    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:    */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the parties' above Stipulation for Remand Pursuant Sentence Four 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 19), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Barry Lynn Langston and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  **January 23, 2019**           /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE